IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TERRY MOORE,

    Plaintiff,
v.                                                         CASE NO. 4:05-cv-00232-MP-AK

B LEWIS,
M REED,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 7, Report and Recommendations of the Magistrate Judge, recommending that this case be dismissed under 28 U.S.C. 1915(g) because plaintiff has filed three prior actions which have been dismissed as frivolous and he did not pay the filing fee at the time of filing the instant action. Plaintiff has not alleged imminent physical danger and the Eleventh Circuit has held that the proper course of action in a case like the instant case is to dismiss the case rather than allow the plaintiff additional time to pay the fee. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The motion for extension of time to pay the filing fee (doc. 9) is denied.

3. This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *22nd*  day of September, 2005

                                                    *s/Maurice M. Paul*
                                      Maurice M. Paul, Senior District Judge